**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>GABRIEL MAGANA IGO (1), and<br>ROBERT STEVENSON (2),<br><br>                    Defendants. | Case No. **26-cr-01717-WQH**<br><br>**I N F O R M A T I O N**<br><br>18 U.S.C. §922(a)(1)(A) –<br>Dealing Firearms without a<br>License; and 18 U.S.C. §2 Aiding<br>and Abetting |

The United States Attorney charges:

Count One

Beginning no later than March 13, 2026, and continuing through April 14, 2026, within the Southern District of California, defendants GABRIEL MAGANA IGO and ROBERT STEVENSON, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D) and 2.

DATED: 5/7/2026_____ .

                                        ADAM GORDON
                                        United States Attorney

                                        JAMES REDD
                                        Assistant U.S. Attorney

JRE:cm:5/7/2026