# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

<div style="margin-left:2em">Plaintiff,</div>

vs.

Gabriel Magana Igo (1),

<div style="margin-left:2em">Defendant.</div>

Case No. 26-cr-01717-WQH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:922(a)(1)(A), 18:2 - Dealing Firearms without a License; Aiding and Abetting

Dated: 6/8/2026

Hon. Brian J. White
United States Magistrate Judge